**Order entered April 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00613-CV

### IN THE INTEREST OF M.A.H., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-51726-2011**

## ORDER

We **GRANT** appellee's April 20, 2015 unopposed motion for four-day extension of time

to file brief and **ORDER** the brief be filed no later than April 28, 2015.

/s/    CRAIG STODDART
        JUSTICE